IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM H. EDDY, not individually but as successor trustee of the trust created by R.E. Costello by declaration and agreement dated April 29, 1937, as supplemented by that certain Land Trust Agreement dated December 21, 1998,<br><br>Plaintiff,<br><br>vs.<br><br>OGDEN LEISURE, INC., a Delaware corporation; and OGDEN FAIRMOUNT, INC., a Delaware corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. 99-66-GPM<br>)<br>)<br>)<br>)<br>)<br>) |

*FILED MAR 09 2000 C. PATRICK MURPHY, DISTRICT JUDGE SOUTHERN DISTRICT OF ILLINOIS*

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:**

This matter came before the Court pursuant to the Stipulation to Dismiss (filed March 9, 2000) filed by Plaintiff, **WILLIAM H. EDDY**, and Defendants, **OGDEN LEISURE, INC.,** and **OGDEN FAIRMOUNT, INC.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order filed March 9, 2000, this action is hereby **DISMISSED with prejudice** and the parties shall bear their own costs.

Dated: March 9, 2000

NORBERT G. JAWORKSI, Clerk of Court

By: _____
Sarah Shoemake Doles, Law Clerk

Approved by:

_____
**G. PATRICK MURPHY**
**UNITED STATES DISTRICT JUDGE**